UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| AVIATION PROFESSIONALS INSTITUTE LLC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL NO.  2:06-CV-257 WCL-APR |
| GARY/CHICAGO INTERNATIONAL AIRPORT AUTHORITY and CITY OF GARY | ) ) ) ) | |
| Defendants. | ) | |

<u>ORDER</u>

On October 16, 2007, in accordance with N.D. Ind. L.R. 72.1(d) and 28 U.S.C. § 636(b)(1)(B) (Federal Magistrate's Act), the Honorable Andrew P. Rodovich, Magistrate Judge, issued his Report and Recommendation, recommending that the defendant Gary/Chicago International Airport Authority's Motion for Summary Judgment (docket entry #28) be GRANTED and that the plaintiff's Motion to Amend the complaint (docket entry#34) be DENIED.  This Report and Recommendation also informed the parties that, pursuant to 28 U.S.C. §636(b)(1) , they had ten days after being served with a copy of the Report and Recommendation to file written objections with the Clerk of the Court, and that failure to object may constitute a waiver of objection on appeal.  <u>See also</u> N.D.Ind. L.R. 72(d)(2).

More than ten days have passed since the parties have been served with a copy of Magistrate Judge Rodovich's Report and Recommendation and no objections have been filed with the Clerk of the Court.  Consequently, this court hereby ADOPTS Magistrate Judge Rodovich's Report and Recommendation.

The court now ORDERS that the defendant Gary/Chicago International Airport Authority's Motion for Summary Judgment (docket entry #28) is GRANTED, based on the plaintiff's voluntary

dismissal of these claims.  It is further ORDERED and that the plaintiff's Motion to Amend the complaint (docket entry#34) is DENIED as to the RICO claim and DENIED without prejudice with respect to the breach of contract claim.

    Enter:   November 6, 2007

                                             s/William C. Lee
                                             William C. Lee,  Judge
                                               United States District Court